# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA,
# COLUMBUS DIVISION

| | |
|---|---|
| **JOSEPH D. CARMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 4-18-CV-203 (CDL)** |
| vs. ) | |
| ) | |
| **CENTRAL OF GEORGIA** ) | |
| **RAILROAD COMPANY,** ) | |
| **NORFOLK SOUTHERN** ) | |
| **RAILWAY COMPANY,** ) | |
| **NORFOLK SOUTHERN** ) | |
| **CORPORATION, SHANE KEYS,** ) | |
| **and J.C. BROCKMAN, II** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

The parties to the above-styled cause hereby provide the Court with notice that they have reached a compromise settlement of the claims made the basis of this lawsuit. Following the exchange of an executed release by plaintiff of the form agreed to by the parties and a check to the plaintiff for the settlement proceeds (less liens and any other amounts to be paid out of the proceeds), the parties will file a Joint Stipulation of Dismissal of the lawsuit.

Respectfully submitted this 10th day of September, 2020.

/s W. C. Tucker, Jr.
J. Anderson Harp
W. C. Tucker, Jr.
Attorneys for Plaintiff

**OF COUNSEL**:

THE LAW OFFICE OF J.A. HARP, LLC
812 Broadway
Columbus, Georgia 31901
(706) 322 8004
jah@jaharp.com

MAPLES, TUCKER & JACOBS LLC
2001 Park Place North
Suite 1325
Birmingham, AL  35203
Telephone:     (205) 322-2333
Facsimile:      (205) 322-4962
Email:  bill@mtandj.com

/s John M. Graham
John M. Graham
Crawford S. McGivaren, Jr.
Annette L. Kinderman
Desharné Carroll (913658)
CABANISS, JOHNSTON, GARDNER,
          DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, AL  35283-0612
Telephone:  (205) 716-5200
Facsimile:  (205) 716-5389
jmg@cabaniss.com
csm@cabaniss.com
alk@cabaniss.com
dc@cabaniss.com
*Counsel for Defendants*